UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

In Re: Daveon Eubanks

Case No.: 17-17588/ABA
Chapter: 7
Judge: ABA

## NOTICE OF PROPOSED ABANDONMENT

____JOSEPH D. MARCHAND____, ____TRUSTEE____ in this case proposes to abandon property of the estate described below as being of inconsequential value. If you object to the abandonment, you must file a written objection with the Clerk of the United States Bankruptcy Court and serve it on the party named below not later than 7 days before the hearing date.

Address of the Clerk:
Clerk of the United States Bankruptcy Court
U.S. Post Office & Court House
PO Box 2067, 401 Market Street
Camden, NJ 08101-2067

If an objection is filed, a hearing will be held before the Honorable Andrew B. Altenburg, Jr. on August 22, 2017 at 10:00 a.m. at the United States Bankruptcy Court, Courtroom no. 4B. (Hearing date must be at least 28 days from the date of this notice). If no objection is filed, the abandonment shall take effect on entry by the clerk of a Certification of No Objection.

Description and value of property:
Time Share:
Westgate Resorts, 7459 Sand Lake, Orlando, FL

FMV - $13,500.00

Liens on property: $14,823.58 - Westgate Resorts

Amount of equity claimed as exempt: $0.00

Objections must be served on, and requests for additional information directed to:

Name: /s/ Joseph D. Marchand, Chapter 7 Trustee
Address: 117-119 West Broad Street, P.O. Box 298, Bridgeton, NJ 08302
Telephone No.: (856) 451-7600

*rev.8/1/15*

```
                         United States Bankruptcy Court
                              District of New Jersey

In re:                                                          Case No. 17-17588-ABA
Daveon Eubanks                                                  Chapter 7
        Debtor
                              CERTIFICATE OF NOTICE
District/off: 0312-1          User: admin              Page 1 of 2     Date Rcvd: Jul 18, 2017
                              Form ID: pdf905          Total Noticed: 34

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 20, 2017.
db            +Daveon Eubanks,    321 Nicholas Drive,    Riverside, NJ 08075-1353
516767793     +Aargon Agency,    8668 SPRING MOUNTAIN RD,    Las Vegas, NV 89117-4132
516767795     +Capital One,   PO Box 30281,    Salt Lake City, UT 84130-0281
516767796     +Court of Common Pleas,    55 E. Court St.,    6th Floor,    Doylestown, PA 18901-4318
516767797      Credit First NA,    PO Box 81083,    Cleveland, OH 44181
516767798     +EOS CCA,    700 Longwater Drive,    Norwell, MA 02061-1624
516767801     +KML Law group,    701 Market St #500,    Philadelphia, PA 19106-1538
516767802     +Lakeview Loan Servicing,    4425 Ponce De Leon Blvd.,    Miami, FL 33146-1837
516767804     +Macy's DSNB,    PO Box 8218,    Mason, OH 45040-8218
516767805     +Mercantile Adjustment Bureau,    6341 Inducon Drive East,    Sanborn, NY 14132-9016
516767806     +Michael EIsenbrock, DDS,    3554 Hulmeville Rd.,    Suite 111,    Bensalem, PA 19020-4366
516767807     +Midland Funding,    2365 Northside Dr #300,    San Diego, CA 92108-2709
516767800    ++NISSAN MOTOR ACCEPTANCE CORPORATION,    LOSS RECOVERY,   PO BOX 660366,    DALLAS TX 75266-0366
               (address filed with court: Infiniti Financial,     2901 KINWEST PKWY,   Irving, TX 75063)
516935222     +Natalie Eubanks,    202 Maple Ave.,    Irvington, NJ 07111-3423
516767808     +Northland Group,    PO Box 390846,    Minneapolis, MN 55439-0846
516767812     +Sara Fonseca, DDS,    509 S. Lenola Rd.,    BLdg 3A,    Moorestown, NJ 08057-1561
516937651     +State of NJ,    Division of Revenue,    PO Box 269,    Trenton, NJ 08602-0269
516767815     +Target National Bank,    PO Box 660170,    Dallas, TX 75266-0170
516767816     +The Home Depot,    PO Box 6497,    Sioux Falls, SD 57117-6497
516767817     +Verizon,    PO Box 5029,    Wallingford, CT 06492-7529
516767818     +Wells Fargo Card Service,    PO Boxx 14517,    Des Moines, IA 50306-3517
516767819     +Westgate Resorts,    7450 Sandlake Commons Blvd,    Orlando, FL 32819-8033
516767820     +Williams Family Law PC,    43 North Pine St.,    Doylestown, PA 18901-4332
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg            E-mail/Text: usanj.njbankr@usdoj.gov Jul 18 2017 22:27:20      U.S. Attorney,    970 Broad St.,
               Room 502,   Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg           +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Jul 18 2017 22:27:19      United States Trustee,
               Office of the United States Trustee,    1085 Raymond Blvd.,   One Newark Center,    Suite 2100,
               Newark, NJ 07102-5235
516767794     +E-mail/Text: ACF-EBN@acf-inc.com Jul 18 2017 22:26:39      Atlantic Credit & Finance,
               2727 Franklin Road SW,    Roanoke, VA 24014-1011
516767799     +E-mail/Text: bankruptcy.bnc@ditech.com Jul 18 2017 22:27:10      Green Tree,    PO Box 6172,
               Rapid City, SD 57709-6172
516767803      E-mail/Text: camanagement@mtb.com Jul 18 2017 22:27:13      M&T Bank,   PO Box 840,
               Buffalo, NY 14240
516767809     +E-mail/PDF: cbp@onemainfinancial.com Jul 18 2017 22:28:53      Onemain,    300 St.. Paul Place,
               Baltimore, MD 21202-2120
516767810     +E-mail/Text: bankruptcygroup@peco-energy.com Jul 18 2017 22:27:10      PECO,    P.O. Box 8699,
               Philadelphia, PA 19101-8699
516767811      E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jul 18 2017 22:45:35
               Portfolio Recovery,    120 Corporate Blvd.,   Norfolk, VA 23502
516767813     +E-mail/PDF: gecsedi@recoverycorp.com Jul 18 2017 22:29:18      SYNCB/Old Navy,    PO Box 965005,
               Orlando, FL 32896-5005
516767814     +E-mail/PDF: gecsedi@recoverycorp.com Jul 18 2017 22:28:53      SYNCB/Walmart,    PO Box 965005,
               Orlando, FL 32896-5005
516768383     +E-mail/PDF: gecsedi@recoverycorp.com Jul 18 2017 22:29:06      Synchrony Bank,
               c/o of PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
                                                                                              TOTAL: 11

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 20, 2017                              Signature:  /s/Joseph Speetjens

```
District/off: 0312-1         User: admin                Page 2 of 2              Date Rcvd: Jul 18, 2017
                             Form ID: pdf905            Total Noticed: 34
```

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 18, 2017 at the address(es) listed below:
              Denise E. Carlon    on behalf of Creditor    Lakeview Loan Servicing, LLC dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Denise E. Carlon    on behalf of Creditor    M&T BANK dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Joseph   Marchand     jdmarchand@comcast.net,    jmarchand@comcast.net;jmarchand@ecf.epiqsystems.com
              Laurence R. Sheller    on behalf of Debtor Daveon   Eubanks laurence.sheller@gmail.com
              U.S. Trustee.    USTPRegion03.NE.ECF@usdoj.gov
                                                                                                TOTAL: 5
```